**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              October 30, 2014
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 13-cv-02408-RPM

CYTHIA MONTOYA,                                               John R. Olsen

     Plaintiff,

v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,                         Gregory A. Eurich

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:29 a.m.      Court in session.**

Court's preliminary remarks.

Court confirms with counsel that plaintiff's promissory estoppel claim is withdrawn pursuant to doc. [21].

**ORDERED:   Plaintiff's Fourth Claim for Relief is withdrawn re [21].**

Argument by Mr. Eurich.
Argument by Mr. Olsen.
Rebuttal argument by Mr. Eurich.

**ORDERED:   Defendant's Motion for Summary Judgment [13], is taken under advisement.**

**10:55 a.m.      Court in recess.**

Hearing concluded.  Total time: 26 min.