IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02408-RPM

CYNTHIA MONTOYA,

    Plaintiff,
v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch on October 31, 2014, it is

ORDERED AND ADJUDGED that this civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

DATED:   October 31st, 2014

                              FOR THE COURT:

                              JEFFREY P. COLWELL, Clerk

                                  s/M. V. Wentz
                            By _____
                                  Deputy